UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REGAN,<br><br>  Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE GOVERNMENT, et al.,<br><br>  Defendants. | Case No. 19-cv-02558-TSH<br><br>**ORDER TO SHOW CAUSE** |

On May 13, 2019, Plaintiff John Regan filed a Complaint against the "California State Government," "California Courts," and "Does 1 to 100,000,000," alleging the complaint relates to his father's probate and that "[d]etails to be amended, provided later." ECF No. 1. Regan also filed an Application to Proceed In Forma Pauperis. ECF No. 2. On May 15, 2019, the Court granted Regan's in forma pauperis application but found his complaint fails to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e). ECF No. 4. The Court ordered Regan to file an amended complaint addressing the deficiencies identified in the screening order by June 19, 2019, warning him that it would recommend dismissal if he failed to comply.

As Regan failed to file an amended complaint, the Court **ORDERS** him to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Regan shall file a declaration by July 5, 2019. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 18, 2019 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Regan does not intend to prosecute, and the Court will recommend the case be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 21, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge