UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN REGAN, | Case No. 19-cv-02558-YGR |
|---|---|
| Plaintiff, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| CALIFORNIA STATE GOVERNMENT, et al., | |
| Defendants. | Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's Report and Recommendation Re: Dismissal Without Prejudice. (Dkt. No. 6.) Plaintiff John Regan has not filed any objection to the Report nor has he filed any other documents in this action since the issuance of the Report. The Court has reviewed the Report carefully and finds it correct, well-reasoned and thorough. The Court therefore adopts it in every respect.

Accordingly, and for the reasons set forth in the Report the instant action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the court's deadlines and orders.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: August 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge